In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00206-CV

_____

GEERT VISSER AND GLOBAL MARINE TRANSPORT, INC., Appellants

V.

AMERICAN EXPRESS NATIONAL BANK, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 17-06-07372-CV

MEMORANDUM OPINION

Geert Visser and Global Marine Transport, Inc. appealed from a judgment signed May 2, 2018. On July 2, 2018, we notified the parties that the clerk's record had not been filed due to the appellants' failure to pay or, to arrange to pay the District Clerk's fee for preparing the clerk's record. Further, the notice warned the appellants that the appeal would be dismissed for want of prosecution unless they established that the fee had been paid or additional time was needed. On August 10, 2018, we notified the appellants that the appeal would be dismissed for want of

prosecution unless they filed a suggestion of bankruptcy that complies with Texas Rule of Appellate Procedure 8.1 on or before August 20, 2018. No response has been filed. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b), (c).

    APPEAL DISMISSED.


                          _____
                                  STEVE McKEITHEN
                                     Chief Justice


Submitted on September 26, 2018
Opinion Delivered September 27, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.